opinion filed April 21, 1948; rehearing denied May 7, 1948; released for publication May 7, 1948. Bernard W. Vinissky, for appellant; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Isaac E. Ferguson and Ben Liss, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.

Richard L. Sonnenschein, Appellee, v. Frank X. Gormley, Individually and Executor of Last Will and Testament of Helen D. Farwell, Deceased, and Elizabeth S. Gormley, Appellants.

Gen. No. 44,135.

opinion filed April 21, 1948; released for publication May 7, 1948. Harry L. Mitchell, for appellant; Pam, Hurd & Reichmann, for appellees; Arthur M. Cox and John F. Cashen, Jr., of counsel. Opinion by JUSTICE BURKE. Not to be published in full.